The judgment is reversed and the cause remanded for a new trial.

Reversed and remanded.

---

## ELIZABETH McMANAMAN
## v.
## MARY BLOCKS.

DOWER—JURISDICTION.—As dower in land is an estate of freehold, the appellate court has no jurisdiction to hear and determine this appeal.

APPEAL from the Circuit Court of Cook county; the Hon. MURRAY F. TULEY, Judge, presiding. Opinion filed November 11, 1884.

Mr. E. C. CRAWFORD, for appellant.

Mr. DANIEL J. AVERY, for appellee.

PER CURIAM. This was a petition for the recovery and assignment of dower in certain lands described in the petition, brought by appellant in the Circuit Court of Cook county. The court, upon a final hearing of the case, dismissed the petition for want of equity, and the petitioner appealed to this court. As dower in land is an estate of freehold, this court has no jurisdiction to hear and determine the appeal.

It should have been taken to the Supreme Court.

Appeal dismissed.